UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAK KEUNG WU,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIMBERLY J. HUSTED, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-01362-TLN-AC |
| RELIANCE COMMUNITY, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DIGNITY HEALTH, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-01785-WBS<br><br>**NON-RELATED CASE ORDER** |

　　　Plaintiff filed a Notice of Related Cases on November 11, 2023.  Plaintiff improperly seeks to relate many state court and bankruptcy actions to the instant case.  Of these, the only case subject to relating is the above-captioned case, 2:23-cv-01785-WBS.  However, examination of the above-captioned actions reveals they are not related within the meaning of Local Rule 123.  Pursuant Local Rule 123, two actions are related when they involve the same parties and are

1

based on the same or similar claim(s); when they involve the same transaction, property, or event; or when they "involve similar questions of fact and the same question of law and their assignment to the same Judge . . . is likely to effect a substantial savings of judicial effort." L.R. 123(a). Further,

> [i]f the Judge to whom the action with the lower or lowest number has been assigned determines that assignment of the actions to a single Judge is likely to effect a savings of judicial effort or other economies, that Judge is authorized to enter an order reassigning all higher numbered related actions to himself or herself.

L.R. 123(c).

The Court finds the above-captioned cases are not "related" within the meaning of Local Rule 123. Case number 2:23-cv-01785-WBS is a bankruptcy appeal. While that case and the instant case may have some overlap, the Court does not believe the cases sufficiently related to warrant assignment to the same judge.

For these reasons, The Court declines to relate the above-captioned cases.

IT IS SO ORDERED.

DATED: November 16, 2023

_____
Troy L. Nunley
United States District Judge