UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In re:<br><br>LILLIAN MEYER TRAPSE SISAYAN and ISAGANI MALLARI SISAYAN,<br><br>        Debtors, | No. 2:23-cv-01785 WBS<br><br>Bankr. No. 21-22496 |
| RELIANCE COMMUNITY, INC., et al.,<br><br>        Appellants,<br><br>   v.<br><br>DIGNITY HEALTH, et al.,<br><br>        Appellees. | ORDER<br><br>Adversary No. 23-02027-C |

----oo0oo----

Appellants' request to be exempted from electronic filing under this district's Local Rules (Docket No. 44) is DENIED.

IT IS SO ORDERED.

Dated: October 1, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1